PROB 12C
(6/16)

Report Date: February 20, 2018

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 21, 2018

SEAN F. MCAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Anthony D. Bell          Case Number: 0980 2:08CR00178-LRS-8

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: June 30, 2009

Original Offense:     Distribution of 5 Grams or More of Actual (Pure) Methamphetamine, a Schedule II
                      Controlled Substance, 21 U.S.C. § 841(a)(1), (b)(1)(B)(viii)

Original Sentence:    Prison - 96 months          Type of Supervision: Supervised Release
                      TSR - 48 months

Asst. U.S. Attorney:  Joseph Harrington           Date Supervision Commenced: January 11, 2016

Defense Attorney:     Federal Defender's Office   Date Supervision Expires: January 10, 2020

### PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | **Special Condition # 16**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances |
| | **Supporting Evidence**: On January 11, 2016, Mr. Bell's conditions of supervision were explained to him. Mr. Bell signed his judgment indicating he understood his conditions. |
| | Mr. Bell is in direct violation of the above-referenced supervised release condition by testing positive for methamphetamine on February 7, 2018. |
| | Due to Mr. Bell's continued methamphetamine use, he was directed to call the urine testing hotline. Mr. Bell was directed to report to Pioneer Human Services (PHS) if the color "BROWN1" was called. On February 7, 2018, the color "BROWN1" was called and Mr. Bell reported to PHS as directed. |
| | On February 7, 2018, Mr. Bell's urine sample was sent to Alere Toxicology Laboratory for further testing. On February 13, 2018, Alere confirmed that Mr. Bell's urine sample was positive for methamphetamine. |

Prob12C
Re: Bell, Anthony D.
February 20, 2018
Page 2

    2    **Special Condition # 16**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances

**Supporting Evidence**: On January 11, 2016, Mr. Bell's conditions of supervision were explained to him. Mr. Bell signed his judgment indicating he understood his conditions.

Mr. Bell is in direct violation of the above-referenced supervised release condition by using methamphetamine on February 9, 2018.

Due to Mr. Bell's positive methamphetamine test result, as referenced in violation number 1, he was directed to report to the United States Probation Office on February 14, 2018. Mr. Bell reported as directed and disclosed he last used methamphetamine on February 9, 2018. He signed a drug use admission form reflecting this.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  02/20/2018

s/Joshua D. Schull

Joshua D. Schull
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

2/21/2018
Date