PROB 12C
(6/16)

Report Date: March 9, 2018

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 12 2018

SEAN F. McAVOY, CLERK
                        DEPUTY
YAKIMA, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Anthony D. Bell                Case Number: 0980 2:08CR00178-LRS-8

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: June 30, 2009

| | |
|---|---|
| Original Offense: | Distribution of 5 Grams or More of Actual (Pure) Methamphetamine, a Schedule II Controlled Substance, 21 U.S.C. § 841(a)(1), (b)(1)(B)(viii) |
| Original Sentence: | Prison - 96 months<br>TSR - 48 months |
| Asst. U.S. Attorney: | Joseph Harrington |
| Defense Attorney: | Federal Defender's Office |

Type of Supervision: Supervised Release

Date Supervision Commenced: January 11, 2016

Date Supervision Expires: January 10, 2020

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 02/21/2018.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition # 16**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: On January 11, 2016, Mr. Bell's conditions of supervision were explained to him. Mr. Bell signed his judgment indicating he understood his conditions.

Mr. Bell was in direct violation of special condition number 16 by failing to submit to urinalysis testing on March 7, 2018.

Due to Mr. Bell's continued illegal drug use, he was directed to call our urine testing hotline daily. Mr. Bell was to listen for the color "BROWN1," and if that color was called, he had between the hours of 7:00 a.m. and 7:00 p.m. to supply a urine sample at Pioneer Human Services (PHS).

On March 7, 2018, Mr. Bell's color "BROWN1" was called. Mr. Bell reported to PHS but was unable to supply a urine sample before the 7:00 p.m. deadline.

4     **Special Condition # 16**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On January 11, 2016, Mr. Bell's conditions of supervision were explained to him. Mr. Bell signed his judgment indicating he understood his conditions.

On March 8, 2018, Mr. Bell was in direct violation of special condition number 16 by testing positive for methamphetamine at the U.S. Probation Office.

Due to Mr. Bell's inability to supply a urine sample, referenced in violation number 3, he was directed to report to the U.S. Probation Office on March 8, 2018. Mr. Bell reported as directed and supplied a urine sample that tested presumptive positive for methamphetamine. He denied illegal drug use so the sample was sent to Alere Toxicology Laboratory for further testing.

After further conversation, Mr. Bell disclosed he used methamphetamine on March 5, 2018. He signed a drug use admission form reflecting this illegal drug use.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 02/21/2018.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: March 9, 2018

s/Joshua D. Schull

Joshua D. Schull
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

_____
Signature of Judicial Officer

3/12/18
Date