PROB 12C
(6/16)

Report Date: March 23, 2018

# United States District Court

## for the

## Eastern District of Washington



FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 26 2018

SEAN F. McAVOY, CLERK
                     DEPUTY
YAKIMA, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Anthony D. Bell | Case Number: 0980 2:08CR00178-LRS-8 |
| Address of Offender: | Spokane Valley, Washington 99212 |

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: June 30, 2009

| | |
|---|---|
| Original Offense: | Distribution of 5 Grams or More of Actual (Pure) Methamphetamine, a Schedule II Controlled Substance, 21 U.S.C. § 841(a)(1), (b)(1)(B)(viii) |
| Original Sentence: | Prison - 96 months       Type of Supervision: Supervised Release |
| | TSR - 48 months |
| Asst. U.S. Attorney: | Russell E. Smoot       Date Supervision Commenced: January 11, 2016 |
| Defense Attorney: | Daniel Noah Rubin       Date Supervision Expires: January 10, 2020 |

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 02/21/2018 and 03/9/2018.

The probation officer believes that the offender has violated the following condition(s) of supervision

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Special Condition # 16**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

        **Supporting Evidence**: On January 11, 2016, Mr. Bell's conditions of supervision were explained to him. Mr. Bell signed his judgment indicating he understood his conditions.

        Mr. Bell was in direct violation of condition number 16 by failing to submit a random urine sample on March 19, 2018.

        Due to Mr. Bell's continued illegal drug use, he was directed to call our urine testing hotline daily. Mr. Bell was to listen for the color "BROWN1," and if that color was called, he had between the hours of 7 a.m. and 7 p.m. to supply a urine sample at Pioneer Human Services (PHS).

        On March 19, 2018, Mr. Bell's color "BROWN1" was called. Mr. Bell reported to PHS, but was unable to supply a urine sample before the 7 p.m. dead line.

Prob12C
Re: Bell, Anthony D.
March 23, 2018
Page 2

| | | |
|---|---|---|
| | 6 | **Special Condition # 16**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: On January 11, 2016, Mr. Bell's conditions of supervision were explained to him. Mr. Bell signed his judgment indicating he understood his conditions.

On March 20, 2018, Mr. Bell was in direct violation of special condition number 16 by self-disclosing he used methamphetamine on March 18, 2018.

Due to Mr. Bell's inability to supply a urine sample, as referenced in violation number 5, he was directed to report to the U.S. Probation Office on March 20, 2018. Mr. Bell self-reported that he "messed up" by using methamphetamine on March 18, 2018. He signed a drug use admission form reflecting the same.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 02/21/2018 and 03/9/2018.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  03/23/2018

s/Joshua D. Schull

Joshua D. Schull
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

3/26/18
Date