PROB 12C
(6/16)

Report Date: May 25, 2018

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 25 2018

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Anthony D. Bell        Case Number: 0980 2:08CR00178-LRS-8

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: June 30, 2009

| | |
|---|---|
| Original Offense: | Distribution of 5 Grams or More of Actual (Pure) Methamphetamine, a Schedule II Controlled Substance, 21 U.S.C. § 841(a)(1), (b)(1)(B)(viii) |
| Original Sentence: | Prison - 96 months          Type of Supervision: Supervised Release |
| | TSR - 48 months |
| Asst. U.S. Attorney: | Russell E. Smoot            Date Supervision Commenced: January 11, 2016 |
| Defense Attorney: | David Fletcher              Date Supervision Expires: January 10, 2020 |

## PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on 02/21/2018, 03/09/2018 and 03/23/2018.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Special Condition # 16**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: On January 11, 2016, Mr. Bell's conditions of supervision were explained to him. Mr. Bell signed his judgment indicating he understood his conditions. |
| | Mr. Bell was in direct violation of special condition number 16 by using methamphetamine. |
| | Due to Mr. Bell's continued illegal drug use, he was directed to call our urine testing hotline daily. Mr. Bell was to listen for the color "Yellow," and if that color was called, he had between the hours of 7 a.m. and 7 p.m. to supply a urine sample at Pioneer Human Services (PHS). |
| | On May 16, 2018, the color "Yellow" was called and Mr. Bell reported to PHS as directed. He supplied a urine sample that tested positive for methamphetamine. This sample was sent to Millennium Laboratory for further testing, and was confirmed positive on May 18, 2018. |

Prob12C
Re: Bell, Anthony D.
May 25, 2018
Page 2

On May 24, 2018, the undersigned officer received notice from PHS that Mr. Bell had a confirmed positive urine sample. He was directed to report to the United States Probation Office on May 24, 2018.

Mr. Bell reported as directed and disclosed he used methamphetamine on May 13 and May 21, 2018. He signed a drug use admission form for both dates.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on 02/21/2018, 03/09/2018 and 03/23/2018.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  05/25/2018

s/Joshua D. Schull

Joshua D Schull
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

5/25/18
Date